FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEISHA STEPHENS,<br><br>  Plaintiff,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC,<br><br>  Defendant. | NO. 2:25-CV-0275-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS |

BEFORE THE COURT is Defendant's Motion for Judgment on the Pleadings. ECF No. 8. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, the briefing, and is fully informed. For the reasons discussed below, Defendant's Motion is **GRANTED**.

Plaintiff also has failed to respond to the present Motion for Judgment on the Pleadings. It is now January 2026.

ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS ~ 1

## DISCUSSION

Defendant moves to dismiss. Federal Rule of Civil Procedure 41(b), provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule – except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 – operates as an adjudication on the merits.

Upon a motion to dismiss under these Rules, the district court must weigh the following factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Applied Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019) (Rule 41); *Wanderer v Johnson*, 910 F.2d 652, 656 (9th Cir. 1990) (Rule 37).

Here, Rule 41(b) is triggered on the independent grounds that Plaintiff failed to prosecute her claims where she has demonstrated an unwillingness to respond to the motion. The Court has considered the aforementioned factors. Plaintiff's unresponsiveness and unwillingness to move forward in this action threatens both the expeditious resolution and the orderly and timely disposition of the case on the Court's docket. The factor in favor of adjudication on the merits is outweighed by

ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS ~ 2

the other factors in favor of dismissal. *See Leon v. IDX Sys. Corp.*, 464 F.3d 951, 960-61 (9th Cir. 2006).

For these reasons, the Court finds that dismissal is appropriate. Therefore, Defendant's Motion seeking dismissal is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion for Judgment on the Pleadings, ECF No. 8, is **GRANTED**.

2. The Complaint and all claims against Defendant are **DISMISSED with prejudice.**

The District Court Executive is directed to enter this Order, enter judgment accordingly, provide copies to the parties, and **CLOSE** the file.

**DATED** January 22, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS ~ 3