UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2026

SEAN F. McAVOY, CLERK

KEISHA STEPHENS,

*Plaintiff*

v.

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC,

*Defendant*

Civil Action No. 2:25-CV-0275-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Judgment on the Pleadings, ECF No. 8, is GRANTED. The Complaint and all claims against Defendant are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: 1/22/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*